# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALKERMES PHARMA IRELAND LIMITED, ALKERMES CONTROLLED THERAPEUTICS, INC. and JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUYE PHARMA GROUP LTD., LUYE PHARMA (USA) LTD., NANJING LUYE PHARMACEUTICAL CO., LTD. and SHANDONG LUYE PHARMACEUTICAL CO., LTD.,<br><br>Defendants. | C.A. No. 19-1340 (LPS) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, this action for patent infringement has been brought by Plaintiffs Alkermes Pharma Ireland Limited, Alkermes Controlled Therapeutics, Inc. (collectively "Alkermes"), and Janssen Pharmaceuticals, Inc. ("Janssen") against Defendants Luye Pharma Group Ltd., Luye Pharma (USA) Ltd., Nanjing Luye Pharmaceutical Co., Ltd., and Shandong Luye Pharmaceutical Co., Ltd. (collectively, the "Luye Defendants") for infringement of U.S. Patent No. 6,667,061 (the "Patent" and such action, the "Litigation"); and

WHEREAS, Plaintiffs Alkermes and Janssen and the Luye Defendants have resolved the Litigation for good cause and valuable consideration recognized by Plaintiffs Alkermes and Janssen and the Luye Defendants;

THEREFORE, IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of the good cause and

valuable consideration recognized by Plaintiffs Alkermes and Janssen and the Luye Defendants, the parties hereby agree and stipulate to the following:

1. All claims asserted in this action are hereby dismissed without prejudice.

2. Each party shall bear its own costs and attorneys' fees with respect to this action. Plaintiffs Alkermes and Janssen expressly waive any right to receive payment or financial consideration arising out of or in connection with the Court's October 11, 2019 Order Regarding Scheduling and Provisions Due To Expedited Nature of Case (D.I. 39) and November 5, 2019 Order to post a judicial bond (D.I. 50) (the "Bond Order").

3. Because the parties negotiated this stipulated dismissal prior to the deposit of the judicial bond required by the Bond Order, all obligations associated with the Bond Order are deemed moot.

4. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

5. The Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order of Dismissal.

6. This Stipulation and Order of Dismissal shall finally resolve this action between the parties.

IT IS SO STIPULATED:

/s/ Karen Jacobs
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
kjacobs@mnat.com

*Attorneys for Plaintiffs Alkermes Pharma Ireland Limited, Alkermes Controlled Therapeutics, Inc. and Janssen Pharmaceuticals, Inc.*

OF COUNSEL:

Scott K. Reed
Ha Kung Wong
Melinda R. Roberts
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104
sreed@venable.com
hwong@venable.com
mrroberts@venable.com
gjmanas@venable.com

Irena Royzman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
iroyzman@kramerlevin.com

Hannah Lee
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
hlee@kramerlevin.com

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
jcP@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants Luye Pharma Group Ltd., Luye Pharma (USA) Ltd., Nanjing Luye Pharmaceutical Co., Ltd., Shandong Luye Pharmaceutical Co., Ltd.*

OF COUNSEL:

C. Kyle Musgrove
Scott A. Cunning II
Yifang Zhao
HAYNES & BOONE, LLP
800 17th St. NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 654-4500
kyle.musgrove@haynesboone.com
scott.cunning@haynesboone.com
eva.zhao@haynesboone.com

IT IS SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge